387 A.2d 923

Lloyd, Appellant, v. Atterol Corporation.

Argued September 15, 1977. Bernard Edelson, with him Caine, DiPasqua, Edelson, Patterson & Butler, for appellant; Andrew J. Forbes, with him Cramp, D'Iorio, McConchie, Forbes & Surrick, for appellee.

Order affirmed.

HOFFMAN, J., dissented because there were sufficient issues of fact which, if the jury resolved them in appellant's favor, would create liability.

WATKINS, former P. J., did not participate in the consideration or decision of this case.